# United States District Court
### EASTERN DISTRICT OF WISCONSIN

JAMES-PAUL BINNEBOSE, II,

        Plaintiff,

             **JUDGMENT IN A CIVIL CASE**

     v.                Case No. 25-C-1185

UNIVERSITY OF WISCONSIN CREDIT UNION,

        Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing, and this action is DISMISSED for lack of subject matter jurisdiction.

    Dated:  August 12, 2025

                                LINDA M. KLEMM
                                Interim Clerk of Court

                                s/ Kyle W. Frederickson
                                (By) Deputy Clerk